# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVEON KYREE HAYES,
                Appellant,
vs.
WILLIAM A. GITTERE, WARDEN,
                Respondent.

No. 83421

FILED

SEP 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on October 8, 2020. The district court served notice of entry of that order on appellant on October 13, 2020. Appellant did not file the notice of appeal, however, until August 24, 2021, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Silver

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-26797

cc:   Hon. Monica Trujillo, District Judge
Daveon Kyree Hayes
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A